SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

| | |
|---|---|
| JEAN MARC CHARLES,<br><br>                      Plaintiffs,<br><br>vs.<br><br>SLADE INDUSTRIES, INC.,<br><br>                      Defendant. | Index No. 507166/2019<br><br>**NOTICE OF FILING OF NOTICE OF REMOVAL** |

TO:    Clerk of Kings County
          Kings County Clerk Supreme Court Building
          360 Adams Street, Room 189
          Brooklyn, New York 11201

**PLEASE TAKE NOTICE** that defendant, Slade Industries, Inc., in the above captioned-entitled action, has filed a Notice of Removal with the United States District Court, Eastern District of New York. A copy of the Removal Notice which was forwarded for filing is attached. Pursuant to 28 U.S.C. § 1446(d), this effects the removal of this case from this Court and this Court may proceed no further unless the case is remanded.

DATE:   Newark, New Jersey
            May 21, 2019

                                              CONNELL FOLEY LLP

                                              BY: *[signature]*
                                                  **Catherine G. Bryan**
                                                  *Attorneys for Defendant, Slade Industries, Inc.*
                                                  One Newark Center
                                                  1085 Raymond Blvd., 19th Floor
                                                  Newark, New Jersey 07102
                                                  973.436.5800

          and

          888 Seventh Avenue, 9th Floor
          New York, New York 10106
          212.304.3700

To:    Koenigsberg & Associates P.C.
       Law Offices
       Attorneys for Plaintiff
       1213 Avenue U
       Brooklyn, New York 11229

5040434-1