

Connell Foley LLP
One Newark Center
1085 Raymond Blvd., 19th Floor
Newark, New Jersey 07102
P 973.436.5800   F 973.436.5801

**Catherine G. Bryan**
Partner
Direct Dial 973.436.5708
CBryan@connellfoley.com

January 27, 2020

**VIA ECF**
Magistrate Judge Steven M. Gold
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    **Jean Marc Charles v. Slade Industries, Inc.**
            **Civil Action No.: 1:19-cv-03013-NGG-SMG**

Dear Judge Gold:

    This office represents defendant, Slade Industries, Inc. ("Slade"), in the above referenced matter. Pursuant to Your Honor's January 15, 2020 Order, Slade hereby withdraws its 26th, 30th and 31st affirmative defenses contained within Slade's Answer to Plaintiff's Verified Complaint.

    Slade thanks the Court for its time and attention to this matter.

                              Very truly yours,

                              *Catherine S. Bryan*

                              Catherine G. Bryan

CGB/bmp
cc:    Paul Koenigsberg, Esq. (*via ECF*)

5306145-1