UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JEAN MARC CHARLES,

      Plaintiff,

  -against-

SLADE INDUSTRIES, INC. and INCLINATOR
COMPANY OF AMERICA,

      Defendants.

AND THIRD PARTY ACTION

Docket no.:

19-CV-3013 (RPK) (CLP)

### NOTICE OF APPEARANCE OF DEREK M. ZISSER, ESQ.

Defendant/Third-Party Defendant INCLINATOR COMPANY OF AMERICA hereby appears in this action by Derek M. Zisser, Esq. of Pillinger Miller Tarallo, LLP and demand that a copy of all papers be served upon the undersigned at his office, located at 1140 Franklin Avenue, Suite 214, Garden City, New York 11530.

Dated:      Garden City, New York
          October 27, 2022

                    *Yours, etc.,*

                    PILLINGER MILLER TARALLO, LLP

                    By:_____
                    DEREK M ZISSER (DZ6743)
                    *Attorneys for Third-Party Defendant*
                    Inclinator Company of America
                    1140 Franklin Avenue, Suite 214
                    Garden City, New York 11530
                    (914) 703-6300
                    PMT File No.  EVER-00129/DMZ

TO:

ALL PARTIES VIA EDNY ECF