UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

JEAN MARC CHARLES,

      Plaintiff,

-against-

SLADE INDUSTRIES, INC. and INCLINATOR COMPANY OF AMERICA,

      Defendants.

---

AND THIRD PARTY ACTION

---

Docket no.:
19-CV-3013 (RPK) (CLP)

### NOTICE OF APPEARANCE OF DANIEL O. DIETCHWEILER, ESQ.

      Defendant/Third-Party Defendant INCLINATOR COMPANY OF AMERICA hereby appears in this action by Daniel O. Dietchweiler, Esq. of Pillinger Miller Tarallo, LLP and demands that a copy of all papers be served upon the undersigned c/o Peter Iannace, Esq. (EDNY admission pending) at his office, located at 1140 Franklin Avenue, Suite 214, Garden City, New York 11530.

Dated:    Elmsford, New York
             June 13, 2023

                                      *Yours, etc.,*

                                      PILLINGER MILLER TARALLO, LLP

                                      By:_____
                                      DANIEL O. DIETCHWEILER (DD7032)
                                      *Attorneys for Third-Party Defendant*
                                      Inclinator Company of America
                                      555 Taxter Road, 5th Floor
                                      Elmsford, New York 10523
                                      (914) 703-6300
                                      PMT File No. EVER-00129/

TO:

ALL PARTIES VIA EDNY ECF